**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 22362 |
| Tawanda Hamberry, ) | HON. TIMOTHY A. BARNES |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**NOTICE OF MOTION**

To:  Trustee Marilyn O Marshall, 224 South Michigan Ave. Suite 800, Chicago, IL 60604;

See Attached Service List.

Please take notice that on April 18, 2019, at 9:30 a.m., I shall appear before the Honorable Timothy A. Barnes in Courtroom 744 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on April 11, 2019.

_____/s/ *Alexander Nohr*_____
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603

```
Label Matrix for local noticing        U.S. Bankruptcy Court                  CREDIT MANAGEMENT LP
0752-1                                  Eastern Division                       PO Box 118288
Case 18-22362                           219 S Dearborn                         Carrollton, TX 75011-8288
Northern District of Illinois           7th Floor
Eastern Division                        Chicago, IL 60604-1702
Thu Apr 11 15:02:58 CDT 2019

City of Chicago - Dep't of Revenue      City of Chicago Department of Finance  FIFTH THIRD
PO Box 88292                            C/o Arnold Scott Harris P.C.           1725 N. Harlem Ave
Chicago, IL 60680-1292                  111 W. Jackson Blvd. Suite 600         Chicago, IL 60707-4370
                                        Chicago, IL 60604-3517


HUNTER WARFIELD                         KARMEN & MICHAELS FIN                  Metro South Hospital
PO Box 1022                             3296 E GUASTI RD STE A                 2310 York St
Wixom, MI 48393-1022                    ONTARIO, CA 91761-8652                 Blue Island, IL 60406-2411



PHOENIX FINANCIAL SERV                  PLS                                    RGS FINANCIAL
8902 OTIS AVE STE 103A                  3175 175th St                          PO Box 852039
INDIANAPOLIS, IN 46216-1009             Suite 3                                Richardson, TX 75085-2039
                                        Hazel Crest, IL 60429


SUNRISE CREDIT SERVICE                  Santander Consumer USA                 Santander Consumer USA Inc.
234 AIRPORT PLAZA BLVD S                ATT POC: Janiscia Jackson PO Box 961245 P.O. Box 961245
FARMINGDALE, NY 11735-3938              Fort Worth, TX 76161-0244              Fort Worth, TX 76161-0244



T Mobile/T-Mobile USA Inc               The Payday Loan Store                  UIC Medical Center
by American InfoSource as agent         c/o Creditors Bankruptcy Service       7220 Solutions Ctr
4515 N Santa Fe Ave                     P.O. Box 800849                        Chicago, IL 60677-7002
Oklahoma City, OK 73118-7901            Dallas, TX 75380-0849


UNITED STATES DEPARTMENT OF EDUCATION   US DEPT OF ED/GLELSI                   WELLS FARGO DEALER SVC
CLAIMS FILING UNIT                      2401 Internal Lane                     PO BOX 19657
PO BOX 8973                             Attn: Chhengre Lim                     IRVINE, CA 92623-9657
MADISON, WI 53708-8973                  Madison, WI 53704-3121


Brittney Mansfield                      Marilyn O Marshall                     Patrick S Layng
The Semrad Law Firm, LLC                224 South Michigan Ste 800             Office of the U.S. Trustee, Region 11
20 S Clark St.                          Chicago, IL 60604-2503                 219 S Dearborn St
28th Floor                                                                     Room 873
Chicago, IL 60603-1811                                                         Chicago, IL 60604-2027


Rodion Leshinsky                        Tawanda Hamberry                       End of Label Matrix
The Semrad Law Firm, LLC                12605 S Marshfield Ave                 Mailable recipients    25
20 S. Clark Street, 28th Floor          Calumet Park, IL 60827-5941            Bypassed recipients     0
Chicago, IL 60603-1811                                                         Total                  25
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 22362 |
| Tawanda Hamberry, ) | HON. TIMOTHY A. BARNES |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO VACATE PAYROLL ORDER

NOW COMES the Debtor, Tawanda Hamberry, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and hereby moves this Honorable Court to vacate the Order for Payroll Control entered on August 10, 2018. Debtor states the following:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157.  This is a core proceeding pursuant to 28 U.S.C. §157.

2. On August 9, 2018, the Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

3. On August 10, 2018, this Honorable Court entered and Order directing Debtor, Tawanda Hamberry's employer to deduct $410.00 each month from Debtor's paychecks for Chapter 13 Trustee Plan payments.

4. Debtor wishes to make the plan payments on her own and thus Debtor wishes to vacate the order for payroll control.

5. That the foregoing constitutes sufficient grounds for this Court to enter an Order vacating the Order for Payroll Control entered on August 10, 2018.

WHEREFORE, Tawanda Hamberry, Debtor, respectfully requests this Honorable Court enter an Order vacating the Order for Payroll Control at docket entry number 9, and for such other and further relief as this Court deems fair and just.

Respectfully submitted,


__/s/ *Alexander Nohr*__
Attorney for the Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
 (312) 913-0625