UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-22362 |
| Tawanda Hamberry | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Timothy Barnes |
| | ) | |
| Debtor(s) | ) | |

## ORDER VACATING ORDER FOR PAYROLL CONTROL

This cause coming to be heard on the Motion of the Debtors to vacate docket entry number 9, entered on August 10, 2018, the Court having jurisdiction over the matter, being fully advised on the premises and due notice being given,

IT IS HEREBY ORDERED:

  1. That the Order for Payroll Control, docket entry number 9, entered on August 10, 2018 is hereby VACATED.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  April 18, 2019

**Prepared by:**